**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ROY BOUCHOT, et al

    Plaintiffs,

v.                                         CASE NO.:  3:09cv434/MCR/EMT

GREEN SIMMONS COMPANY, INC.,
et al,

    Defendants.
_____/

## ORDER OF DISMISSAL

The court is advised that a settlement of this matter has been reached between plaintiffs and defendants Green Simmons Company, Inc. and Grant Holmes.  Plaintiffs have now dismissed their claims against defendants Adventure Construction Company, Inc. and Wade Adams.  (*See* doc. 66).  Therefore, the above-entitled action is **DISMISSED** from the active docket of the court.  In the event that the settlement is not consummated, the court reserves the power, upon motion filed by any party within sixty (60) days of the date of this Order, to amend or vacate and set aside this Order of Dismissal and reinstate this case.  At this time, the clerk is directed to close the file in this case for administrative purposes, and upon the expiration of sixty (60) days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 29th day of September, 2010.

                                           s/ *M. Casey Rodgers*
                                           **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**